

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2015

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellants

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

## ORDER

     The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to April 21, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Michele Chimene
The Chimene Law Firm
2827 Linkwood Dr.
Houston, TX 77025

Raquel Perez
700 N. St. Mary's St., Suite 1825
San Antonio, TX 78205

G. Wade Caldwell
One Riverwalk Place, Suite 1825
700 N Saint Marys St
San Antonio, TX 78205-3507